Exhibit A

Pujols Hit School <wilpujolsisback@gmail.com>

# Fw: My son Christopher Cooper

2 messages

Cheryl Cooper <ccvirgo911@yahoo.com>                                    Wed, Nov 12, 2014 at 12:06 PM
Reply-To: Cheryl Cooper <ccvirgo911@yahoo.com>
To: "wilpujolsisback@gmail.com" <wilpujolsisback@gmail.com>

On Thursday, December 6, 2007 9:55 PM, Cheryl Cooper <ccvirgo911@yahoo.com> wrote:

As I know you are all aware, my son Christopher Eric Cooper was murdered by your cousins, Wilfredo and Wilfrido Pujols on November 8, 2007. I have visited your website and read all the information there about your philanthropy and community service. I wonder where the sympathy is for my family. We have lost that which us most precious to us in the world, at the hands of your family. Do you have any concept of what we are trying to live through? Do you have any idea how special and wonderful and luminous my son is? It would seem not, since I have suspicions as to where the money is coming from to pay for your cousin's defense. I will promise you, I will do everything in my power to see to it that Wilfredo Pujols spends as many years as possible in a jail cell, denied the joy of raising his own child. Your money and fame will not buy his freedom or absolve him of murder, the murder of our most precious son, Christopher. We will always fight to see to it that he suffers for as long as a murder conviction allows. For as long as I live, I will be deprived of the love and company of my baby, and your cousin will pay. I swear it on the life and death of my child.

**Cheryl Cooper**
**1339 S. Spring Street**
**Independence, MO. 64055**
**(816) 836-3622**
**ccvirgo911@yahoo.com**

Never miss a thing. Make Yahoo your homepage.

2 attachments