

**Christophers' Brilliant Smile.jpg**
10K



**Baby Boy.jpg**
3K

**Cheryl Cooper** <ccvirgo911@yahoo.com>                          Wed, Nov 12, 2014 at 12:08 PM
Reply-To: Cheryl Cooper <ccvirgo911@yahoo.com>
To: "wilpujolsisback@gmail.com" <wilpujolsisback@gmail.com>

On Friday, December 7, 2007 12:36 PM, Cheryl Cooper <ccvirgo911@yahoo.com> wrote:

Deidre,

I appreciate that you acknowledge us and our situation. I must apologize to you, as I was in a dark and horrible place when I wrote this to you. I live in that place now, and I am no longer the person I once was. I am trying very hard to figure out who I need to be now. I am a mother to another son, and I know I need to be there for him, and to speak now for Christopher. I am grateful that you said that you will not participate in any efforts to aid Wilfredo Pujols in his defense. I have so many fears that he will walk away from what he has done, and I could not live with that. As a mother, I am sure you can understand those feelings. I don't know you or your husband, but from visiting your website, it would seem that you are compassionate people. Again, I apologize for my assumption. The loss of a child through murder is the most devastating thing that can happen to a mother, and I struggle daily to find a way to live through each second, each moment without my beloved boy. I just want justice for my baby, and I'm sure you can understand that. Thank you again for your reply.
Cheryl Cooper
RWTF

*Info <Info@PujolsFamilyFoundation.org>* wrote:

> Let me start off by telling you how sorry I am about the loss of your son's life. It is with regret that I didn't send you a letter that I had written in the days following the tragedy. I