can't even pretend to know the measure of emotions that your family will ever go through. It is most unfortunate that my husband has become connected to this event because he is well known. We have never had a close relationship to these young men. My husband and I have a close relationship with God and through His Son, Jesus Christ, we have learned through Scripture what kind of character that we want to be accountable to. Let me assure you that in no way would we support these young men financially, legally or in any other means. It is an awfully bold assumption to make that my husband or I would support something so heinous without knowing anything about us. If you take a closer look at our website you will see that we represent and are ambassadors to our faith, our families and others. These two young men have ruined many lives. I pray that our court system will serve them justly. I pray that God will continue to provide the strength that your family needs.

Deidre Pujols


Jen Cooper
Program Manager
**Pujols Family Foundation**
111 Westport Plaza, Suite 255
St. Louis, MO 63146
314.579.05
www.PujolsFamilyFoundation.org


**From:** Cheryl Cooper [mailto:cvrgo911@yahoo.com]
**Sent:** Thursday, December 06, 2007 9:55 PM
**To:** Info@PujolsFamilyFoundation.org
**Subject:** My son Christopher Cooper

[Quoted text hidden]

[Quoted text hidden]